186 F.3d 102 (2nd Cir. 1999)
 ALBERT GONZALES and MARY GONZALES, Plaintiffs-Appellees,
DEPUTY DARRELL PIERCE, Defendant-Appellee,
v.
NATIONAL BROADCASTING COMPANY, INC., Respondent-Appellant.
 No. 97-9454
 UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
 May 7, 1998, Argued
September 22, 1998, Decided
 
 1
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION. SEE AMENDED OPINION AT 194 F.3d 29.